UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>          Petitioner,<br><br>    v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>          Respondents. | No. 2:16-cv-0722 CKD P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He challenges prisoner disciplinary proceedings which resulted in the loss of sentence credit. When a prisoner challenges the execution of his sentence, as petitioner does here, the preferable venue is the court with jurisdiction over the place where the prisoner is confined. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at California Men's Colony, East in San Luis Obispo County. San Luis Obispo County lies within the jurisdiction of the United States District Court for the Central District of California.

/////
/////
/////
/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: April 11, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
olic0722.108a