# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | Case No. SA CV 16-689-MWF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 16, 2017

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE